# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-2634
LT Case No. 1998-CF-5091
_____

DERRICK A. GORDON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Derrick A. Gordon, Milton, pro se.

No Appearance for Respondent.


September 12, 2023


PER CURIAM.

    The Court denies the petition for writ of habeas corpus on the merits.


MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____